■

**THEOBALD, G.**

v.

**R.H. KUHN COMPANY**

**342 WDA 2016**

Superior Court of Pennsylvania.

03/17/2017

No. GD 14–002425 (Allegheny)

Affirmed

■

**COM.**

v.

**SMITH, W.**

**407 WDA 2016**

Superior Court of Pennsylvania.

03/17/2017

CP–26–CR–0000378–2012 (Fayette)

Affirmed

■

**COM.**

v.

**NOEL, F.**

**459 WDA 2016**

Superior Court of Pennsylvania.

Filed 03/17/2017

CP–02–CR–0008001–2015 (Allegheny)

Affirmed

■

**COM.**

v.

**MILLER, C.**

**592 WDA 2016**

Superior Court of Pennsylvania.

03/17/2017

CP–26–CR–0000546–1985 (Fayette)

Affirmed

■

**COM.**

v.

**KUHLMAN, C.**

**753 WDA 2016**

Superior Court of Pennsylvania.

03/17/2017

CP–04–CR–0001026–2014 (Beaver)

Affirmed

■

**COM.**

v.

**ARRINGTON, M.**

**809 WDA 2016**

Superior Court of Pennsylvania.

03/17/2017

CP–25–CR–0002157–2015 (Erie)

Affirmed—Application to Withdraw as Counsel Granted

